JOHN D. ARYA (State Bar No. 156108)
ALAN D. HEARTY (State Bar No. 233872)
**WESTON, BENSHOOF, ROCHEFORT,
    RUBALCAVA & MacCUISH LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California  90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
jarya@wbcounsel.com
ahearty@wbcounsel.com

Attorneys for Plaintiff
**AT&T MOBILITY LLC
formerly known as CINGULAR WIRELESS LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY LLC (formerly known as CINGULAR WIRELESS LLC), a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CONNECT WIRELESS,<br><br>Defendant. | Case No.: C07-00463<br><br>**PLAINTIFF AT&T MOBILITY LLC'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>DATE:   May 4, 2007<br>TIME:   10:30 a.m.<br>PLACE:  Courtroom of the Honorable<br>        Maxine M. Chesney, Room 7 |

  WHEREAS, on or about January 23, 2007, AT&T Mobility LLC (formerly known as Cingular Wireless LLC) (hereinafter referred to as "Cingular") filed the above-captioned action against Connect Wireless ("Defendant") for Trademark Infringement;

  WHEREAS, Cingular sought, by filing the action, to prevent Defendant from actively infringing and diluting Cingular's trademarks, service marks, and logos;

1

WHEREAS, Defendant was served with the Complaint on January 29, 2007, but has not responded to date;

WHEREAS, Cingular has been unable to meet and confer with Defendant pursuant to Federal Rule of Civil Procedure 26(f) and ADR Local Rule 3-5 because Defendant has not yet appeared;

WHEREAS, a Case Management Conference is scheduled for May 4, 2007 at 10:30 a.m.;

WHEREAS, Cingular has filed a motion for preliminary injunction against Defendant, which is set to be heard on June 1, 2007;

Therefore, Cingular requests that the Court continue the Case Management Conference to June 1, 2007, to coincide with the Hearing on Cingular's motion for preliminary injunction;

Alternatively, Cingular requests that if the Court declines Cingular's request, that Cingular be allowed to appear telephonically at the Case Management Conference on May 4, 2007.

DATED: May 1, 2007

JOHN D. ARYA
ALAN D. HEARTY
**WESTON, BENSHOOF, ROCHEFORT,
RUBALCAVA & MacCUISH LLP**

_____
Alan D. Hearty
Attorneys for Plaintiff
**AT&T MOBILITY LLC**

# ORDER

IT IS HEREBY ORDERED THAT:

The Case Management Conference is continued to ~~June 1~~ July 27, 2007 at 10:30 a.m. The parties shall file a joint Case Management Statement no later than July 20, 2007.

DATED: May 1, 2007                         *Maxine M. Chesney*
                                           _____
                                           The Honorable Maxine M. Chesney
                                           United States District Judge


# ALTERNATIVE ORDER

IT IS HEREBY ORDERED THAT:

Defendant AT&T Mobility LLC has permission to appear telephonically at the Case Management Conference on May 4, 2007.

DATED: May __, 2007                        _____
                                           The Honorable Maxine M. Chesney
                                           United States District Judge

PLAINTIFF AT&T MOBILITY LLC'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

970957.1