**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY LLC, | No. C-07-0463 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CONNECT WIRELESS, | |
| Defendant. | |

In light of defendant's failure to date to appear in the instant action, and plaintiff's representation that it intends to seek a default judgment, the case management conference currently scheduled for July 27, 2007 is hereby continued to December 7, 2007 at 10:30 a.m.

No later than August 31, 2007, plaintiff shall file an application for entry of default. If default is entered against defendant, plaintiff shall file a motion for default judgment no later than 30 days after entry of default.

**IT IS SO ORDERED.**

Dated: July 23, 2007

MAXINE M. CHESNEY
United States District Judge