IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT & T MOBILITY LLC (formerly known as CINGULAR WIRELESS LLC), a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br> v.<br><br>CONNECT WIRELESS,<br><br>        Defendant.<br>_____/ | No. CV-07-0463 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** plaintiff's application for default judgment against defendant Connect Wireless is hereby GRANTED.

Dated: November 5, 2007                                Richard W. Wieking, Clerk

                                                                   By: Tracy Lucero
                                                                   Deputy Clerk